■ ROBERT J. PELC, JR., et al., Appellants, v WILLIAM J. GALLANT, Doing Business as KLASSIC STUDIOS, Respondent. [690 NYS2d 465] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, LaMendola, J. (Appeal from Order of Supreme Court, Erie County, LaMendola, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ.